UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHARLES JONES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-160-JWD-RLB** |
| **ACE AMERICAN INSURANCE CO., ET AL.** | |

**ORDER AND JUDGMENT OF REMAND**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated July 22, 2025 (Doc. 14), to which no objection was filed;

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's Motion to Remand (Doc. 7) is GRANTED, and this case is REMANDED to the Nineteenth Judicial District Court for the parish of East Baton Rouge, Louisiana.

IT IS FURTHER ORDERED that the Clerk of Court shall TERMINATE this matter on the Court's docket.

Signed in Baton Rouge, Louisiana, on August 6, 2025.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

19th JDC